IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASENUMBER: 21-MJ-8155-GCS |
| ) | |
| ) | |
| JAMES TIROCH ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Treva E. Mathews, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1
### Attempted Enticement of a Minor

From on or about June 22, 2021, until on or about June 25, 2021, the defendant,

**JAMES TIROCH,**

in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cellphone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in prostitution and in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of 18 United States Code, Section 2422(b).

I further state that this complaint is based on the following facts:

# INTRODUCTION

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been so employed since 2020.  I graduated in December of 2017 from Tiffin University in Tiffin, Ohio, with a master's degree in Criminal Justice. I have six years of experience as a trained law enforcement officer. I am a graduate of the FBI Academy, where I received training in a variety of investigative and legal matters, including topics of Fourth Amendment searches, drafting search warrant Affidavits, and Probable Cause. I am presently assigned to the Springfield Division's Violent Crimes Against Children Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploration of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 4l(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423.  In connection with such investigations, I have served as the case agent, have been the affiant for several search warrants, and have conducted interviews of defendants and witnesses.  As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers.  This affidavit is being submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I

have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **JAMES TIROCH** committed violations of Title 18, United States Code, Section 2422(b).

### BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE

4. On approximately June 25 and 26, 2021, agents from the Federal Bureau of Investigation Undercover Employee ("UCE") with a joint taskforce of various state and federal law enforcement agencies conducted an undercover investigation targeting subjects who were attempting to engage in sexual activity with minors.

5. Starting on approximately June 22, 2021 through June 26, 2021, undercover agents began posting ads on various online social media and dating platforms and application. The ads were primarily dating profiles photos of a young-looking male and female adult confidential sources.

6. A residence in Collinsville, Illinois was obtained to be the location that targets were directed to for engaging in sexual activity with the fictitious minors from the online profiles.

7. On approximately June 22, 2021, an FBI UCE posted a profile on an online social media and dating application.

8. An individual who was later identified as **JAMES TIROCH** (hereinafter referred to as "**TIROCH**") initiated a conversation with UCE, whose profiled displayed the name "Lindsey".

9. The UCE then requested they moved the conversation to text message. UCE texted the **TIROCH** at phone number 314-562-7200, which **TIROCH** provided to the UCE

Portions of the conversation are as follows:

| | |
|---|---|
| **TIROCH:** | You don't mind that I'm 36, do you? |
| **UCE:** | No I don't |
| **UCE:** | I wanna be honest I'm alittle younger |
| **TIROCH:** | Like how much younger? |
| **UCE:** | I'm almost 15 |
| **UCE:** | Pls don't hate me |
| **TIROCH:** | Oh, okay. I don't hate you, Why would I? |

The conversation later continued as follows:

| | |
|---|---|
| **TIROCH:** | … Damn, I want to ask you a question, but I don't want you to think wrong about me |
| **UCE:** | Ok I wont like think bad of u |
| **TIROCH:** | Ok, I just wanted to know if you are a virgin. That's all, since you have been in a relationship before. |
| **UCE:** | Pls don't think less of me but I'm not a virgin |

….

| | |
|---|---|
| **TIROCH:** | Nice, I wouldn't mind being with a younger girl if no found out about it |

….

| | |
|---|---|
| **TIROCH:** | Anyone ever cum in you? |
| **UCE:** | No |
| **UCE:** | I'm like not on birth control of anythinf [sic] |
| **TIROCH:** | I know |
| **TIROCH:** | They always cum in the condom? |
| **UCE:** | Yeah |
| **UCE:** | Is that bad? |
| **TIROCH:** | No, its not |
| **UCE:** | Where do you wanna cum? |
| **TIROCH:** | I'll cum where you want me to |
| **UCE:** | I just don't wanna get preggers lol |
| **TIROCH:** | Is that okay? |
| **TIROCH:** | LOL, I won't cum in your pussy if you don't want me too [sic] |

….

| | |
|---|---|
| **TIROCH:** | LOL, I just hope you are real and not police or a predator hunter. That's been heavy on my mind today |

….

| | |
|---|---|
| **TIROCH:** | Did you want to try bare? |
| **UCE:** | Will u like pull out thou? |
| **TIROCH:** | Of course I would. :) |
| **UCE:** | We can try that! Can u like still bring condoms thou just in case? |
| **TIROCH:** | Yeah, I'll bring some :) |

| | | |
|---|---|---|
| **UCE:** | | Awesum!!!! |
| **UCE:** | | I'm like rly excited! |
| **TIROCH:** | | Really? Because of me or you are going to have sex tonight? |
| …. | | |
| **TIROCH:** | | I'll cum in your ass, but not in your pussy. When I'm in your pussy, I'll cum on your belly, Do you want me to cum in your ass? |

10. The conversation continued regarding planning a meet up time and location. **TRIOCH** agreed to meet at the undercover house in Collinsville, Illinois.

11. In total, the conversations took place between June 22, 2021 and June 25, 2021. While there were many times where conversation was casual and cordial, there were numerous instances where the conversation was sexually explicit in nature, as was detailed above.

12. **TRIOCH** walked to the front door of the residence. At that time, law enforcement agents contacted the subject and took him into custody.

13. During a search incident to arrest, agents located a condoms, which **TRIOCH** previously discussed bringing to his encounter with the UCE.

14. **TRIOCH** was interviewed on location immediately following the arrest.

15. During an interview, **TRIOCH** admitted that he was the one who had been chatting with the "Lindsey", UCE profile and he was aware that the she was a minor. **TRIOCH** admitted that he intended to have anal intercourse with "Lindsey" without a condom.

## CONCLUSION

16. Based on the foregoing, I submit that there is probable cause to believe that between June 22, 2021 and June 25, 2021, **TRICOH** committed the offenses set forth in Count 1 of this Complaint.

_Treva E. Mathews_
_____
Treva E. Mathews, Special Agent
Federal Bureau of Investigation


STEVEN D. WEINHOEFT
United States Attorney

_Ka V__
_____
KARELIA RAJAGOPAL
Assistant United States Attorney


Subscribed and sworn to before me this

26th day of June, 2021, at East St. Louis, Illinois.

_Gilbert C. Sison_  Digitally signed by Judge Sison 2
Date: 2021.06.26 21:31:31 -05'00'
_____
GILBERT C. SISON
United States Magistrate Judge